UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD LEE JOHNSON,

    Plaintiff,

v.                                    CASE NO.: 8:11-cv-1555-T-23AEP

MICHAEL J. ASTRUE, Commissioner
of the United States Social Security
Administration,

    Defendant.
_____/

**ORDER**

On August 10, 2012, United States Magistrate Judge Anthony E. Porcelli issued a report (Doc. 20) that recommends affirming the Commissioner's decision in this action. More than seventeen days has passed and neither the plaintiff nor the Commissioner objects. The report and recommendation (Doc. 20) is **ADOPTED**. Under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 7, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE